ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kimberly Nicole Torres            Docket No. 5:14-CR-228-1 FL

**Petition for Action on Conditions of Pretrial Release** - Sentenced

COMES now Jacqueline G. Leonard, Senior U.S. Probation Officer, presenting an official report upon the conduct of defendant, Kimberly Nicole Torres, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of November 2014. Louise W. Flanagan, U.S. District Judge, Sitting in the Court at New Bern, on the 4th day of November, 2015, sentenced the defendant to 52 months custody with 3 years supervised release. The court granted self-surrender status and as a result, Torres remained on pretrial supervision pending her reporting to the Bureau of Prisons on April 5, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 16, 2015, in Wake County, the defendant was charged with Speeding in Excess of 55 miles per hour and Fictitious, Altered, Title, Registration Card or Tag (15CR769421). She was called and failed on December 28, 2015.

On December 13, 2015, in Wake County, the defendant was charged with felonious Obtaining Property by False Pretense (15CRS226852). On November 30, 2015, Torres while in the Wal-Mart Store, removed items from the shelves valued at $107.49 and tried to return those items for cash, knowing that she had not previously paid for them.

On December 13, 2015, in Wake County, the defendant was charged with misdemeanor Larceny (15CR226850). On December 6, 2015, Torres stole $68.85 worth of merchandise from Wal-Mart.

On February 8, 2016, in Wake County, the defendant was charged with felonious Obtaining Property by False Pretense (15CR227453). Specifically on December 1, 2015, Torres attempted to obtain U.S. currency by using a digital receipt to return items that had not been previously purchased.

Ms. Torres is currently in the Wake County Jail awaiting trial on the above-listed charges.

**PRAYING THAT THE COURT WILL ORDER** that the previous order granting self-surrender be rescinded, and that she be taken into custody by the U.S. Marshal Service pending her placement in the Bureau of Prisons.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Jacqueline G. Leonard |
| Jeffrey L. Keller | Jacqueline G. Leonard |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610, |

**Kimberly Nicole Torres**
**Docket No. 5:14-CR-228-1 FL**
**Petition For Action**
**Page 2**

Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: February 11, 2016

## ORDER OF THE COURT

Considered and ordered the __16th__ day of __February__, 2016, and ordered filed and made part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge